IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

CASE NO. 0:05-3470-CMC

| | |
|---|---|
| CLOSE FAMILY REAL ESTATE PARTNERSHIP NO. 1, <br><br> Plaintiff, <br> v. <br><br> LAUREN HALL, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) **MOTION FOR ENTRY OF DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Plaintiff CLOSE FAMILY REAL ESTATE PARTNERSHIP NO. 1 ("Plaintiff"), pursuant to Rule 55 of the Federal Rules of Civil Procedure, moves this Court for entry of default judgment and permanent injunction against the Defendant Lauren Hall ("Defendant"). In Support of this Motion, Plaintiff files herewith its Memorandum in Support and the Affidavit of Allison G. Runge and shows unto the Court the following:

1. On April 27, 2006, Plaintiff timely served Defendant with the Complaint and Summons via United States Marshal Service. On May 17, 2006, the Affidavit of Service was filed with the Court. (Docket Entry 12).

2. The Defendant failed to respond to the Complaint as required by Rule 12 of the Federal Rules for Civil Procedure, and default was entered by this Court against the Defendant on May 19, 2006. (Docket Entry 14).

3. Plaintiff seeks the entry of a judgment against Defendant granting the permanent injunction for the reasons set forth in the Complaint. Specifically, Plaintiff requests the Court order that the domain name, *Baxtervillage.com* (the "Infringing Domain Name"), be transferred to Plaintiff pursuant to 15 U.S.C. § 1125(d)(1)(C).

317807.04
LIB: CHARLOTTE2

4.  Plaintiff does not seek a hearing in this matter, but elects to seek minimum statutory damages in the amount of $1,000 pursuant to 15 U.S.C. § 1117(d).

5.  Additionally, Plaintiff seeks attorneys' fees pursuant to 15 U.S.C. § 1117(a). To date, Plaintiff has incurred no less than $15,003.62 in legal fees and costs in connection with these proceedings.

WHEREFORE, for the foregoing reasons, the Plaintiff respectfully requests that this Court:

1.  Enter a judgment granting a permanent injunction against Defendant, transferring the Infringing Domain Name, awarding the minimum statutory damages of $1,000 pursuant to 15 U.S.C. § 1117(d), and awarding attorneys' fees in the amount of $15,003.62 as set forth in the attached Affidavit of Allison G. Runge and

2.  Grant such other and further relief as is just and proper.

This 20th day of September, 2006.

/s/ Beverly A. Carroll
Beverly A. Carroll
Federal ID # 0062
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202
(704)331-7586/ (704)353-3286 – Facsimile

Allison G. Runge
N.C. Bar # 27856
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202
(704)331-7500/ (704)353-3200 – Facsimile

ATTORNEYS FOR PLAINTIFF

317807.04
LIB: CHARLOTTE2